■ In the Matter of OSHEA L. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PAMELA K., Appellant. (Appeal No. 1.) [821 NYS2d 544]—Appeal from an order of the Family Court, Onondaga County (Bryan R. Hedges, J.), entered November 10, 2005 in a proceeding pursuant to Family Court Act article 10. The order, among other things, extended placement of the children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ In the Matter of OSHEA L. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PAMELA K., Appellant. (Appeal No. 2.) [821 NYS2d 544]—Appeal from an order of the Family Court, Onondaga County (Bryan R. Hedges, J.), entered November 10, 2005 in a proceeding pursuant to Family Court Act article 10. The order directed respondent to observe certain conditions of behavior.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.